IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. C-12-733 |
| BRUCE LEE PONCE | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the revocation hearing, (Docket Entry No. 82). The motion for continuance is GRANTED. The revocation hearing is reset to **June 15, 2015 at 9:00 a.m.**

SIGNED on May 22, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge